IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN R. NEAL, et al.        )
                            )
v.                          ) NO. 1-98-0119
                            ) JUDGE CAMPBELL
SJEF JANSSEN                )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 107), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiffs' Motion to Renew Judgment (Docket No. 100) is GRANTED, and the judgment in this matter is renewed for an additional ten years as provided in Tenn. Code Ann. § 28-3-110(2) and Fed. R. Civ. P. 69(a).

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE